UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

ROBERT J. PETERICH
(Enter full name of plaintiff)
Plaintiff,

v.

COLUMBIA COUNTY
COLUMBIA COUNTY POLICE
STATE OF OREGON, ET AL
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 3:20-cv-00342-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

# I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: ROBERT J. PETERICH
Street Address: PO BOX 6000
City, State & Zip Code: SHERIDAN, OR. 97378
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**  Name: COLUMBIA COUNTY
Street Address: 230 Strand Street, Street
City, State & Zip Code: St. Helens OR. 97051
Telephone No.: _____

**Defendant No. 2**  Name: COLUMBIA COUNTY POLICE
Street Address: ~~58285 Weeems St~~ 901 Port Ave.
City, State & Zip Code: St. Helens OR. ~~~~ 97051
Telephone No.: _____

**Defendant No. 3**  Name: STATE OF OREGON
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

①  EXCESSIVE FORCE
②  ASSAULT
③  NEGLIGENCE    ALL UNDER "1983"

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

DURING A POLICE CHASE I GOT OUT OF A CAR AND RAN INTO A OPEN AREA WHERE I PUT MY HANDS UP AND SURRENDERED VERBALY. THE POLICE RELEASED A POLICE DOG ON ME NEEDLESSLY THAT BITE MY ARM CAUSING PERMIENAT DAMGE. (SEE SMITH V CITY OF HEME 394 F.3d 689, 703 (9TH CIR 2005) FINDING POLICE DOG BITE COULD RESULT IN A UNREASONABLE ASSAULT BY A JURY (SEE 1/A TO 3/A)

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

THE POLICE DOG HAD TITANIUM CAPS ON ITS TEETH AND

1/A

42 USC 1983 ASSERTS THE DEFENDANT HAS A 4TH AMENDMENT RIGHT UNDER THE CONSTITUTION TO BE FREE FROM EXCESSIVE FORCE. MANY CASES HAVE RULED AS THIS DEFENDANT CLAIMS IN HIS 1983 ACTION THAT A JURY WILL FIND IN HIS FAVOR THAT EXCESSIVE FORCE WAS USED IN HIS ARREST.

THE POLICE HAD TASERS AND OUT NUMBERED THE SURRENDERING DEFENDANT AND IT IS THE "TOTAL FORCE" THAT MUST, BE, THAT SHOULD BE EVALUATED BY THE JURY.

3/A

THE LAW ALLOWS LAW ENFORCMENT TO USE "OBJECTIVELY REASONABLE FORCE AND AS IN Gonzales v City of Anaheim 747 F.3d 789 (9TH CIR 2014) FACTORS IN EVALUATING REASONABLENESS INCLUDE, BUT ARE NOT LIMITED TO, THE SEVERITY OF THE CRIME AT ISSUE, WHETHER THE SUSPECT POSED A IMMEDIATE THREAT TO POLICE OR OTHERS AND WHETHER THE SUSPECT RISISTED ARREST. IN ALL THE ABOVE SENARIO'S THE ANSWER IS NO AND THERE IS NO PROOF TO OPPOSE THIS CLAIM ANYWHERE.

3/A

THE OFFICERS FAILED TO ISSUE PROPER WARNINGS BEFORE INITIATING A BRUTAL DOG ATTACK WITHOUT CAUSE AND HAD OTHER METHODS AVAILABLE THAT WERE LESS INTRUSIVE. THERE WAS NO THREAT OF DEATH OR SAFETY TO THE OFFICERS OR ANYONE ELSE AND THE OFFICERS ACTIONS IN THIS MATTER WHERE UNREASONABLE. THERE WAS NO RESISTING OF ARREST ONCE HE SAT DOWN IN THE OPEN FIELD, PUT HIS HANDS UP AND YELLED " I SURRENDER"

IS A POLICE OFFICER UNDER THE LAWS OF THE UNITED STATES. THE POLICE OFFICER AND HIS POLICE DOG ASSAULTED ME WITHOUT CAUSE AND USED EXCESSIVE FORCE THAT WAS NOT NECESSARY AS I HAD CLEARLY SURRENDERED

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

NEGLIGENTS WAS CAUSED BY THE POLICE OFFICER/DOG HANDLER DUE TO THE FACT HE RELEASED THE POLICE DOG AND ORDERED IT TO ATTACK ME EVEN THOUGH MY HANDS WERE IN THE AIR AND I WAS YELLING "I SURRENDER" AT THE TOP OF MY LUNGS

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

1/C

Negligent was undoubtable part of this case and the police where well aware their actions violated the well established statutory and constitutional rights of the suspect. Existing and clearly established right where known to the officers or should have been known to the officer as to the circumstances in which a dog can be told to attack a human being. This case shows misconduct plan

2/C

AND CLEAR. OTHER OFFICER ALSO WHERE AWARE AND FAILED TO STOP THE ATTACK. IT WAS SUFFICIENTLY CLEAR THAT THE ENTIRE GROUP OF OFFICERS WOULD UNDERSTAND THAT WHAT THEY DID WAS A VIOLATION OF THE SUSPECTS RIGHTS ON MANY FRONTS. THESE OFFICERS ARE NOT ENTITLED TO ANY QUALIFIED IMMUNITY AND NO SUMMARY JUDGEMENT CAN AFFORD A QUALIFIED IMMUNITY DETERMINATION BEFORE A TRIAL

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I WANT MY ARM NERVE DAMAGE REPAIR AND SOME SORT OF COSMETIC SURGURY TO COVER THE BRUTAL SCARES. I ALSO WANT $4 MILLION DOLLARS ($4,000,000.00) AS JUST COMPENSATION FOR MENTAL AND PHYSICAL DAMAGE INFLICTED UPON ME DURING THE NEGLIGENCE AND ASSAULT USING EXCESSIVE FORCE AGAINST ME.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 01 day of MARCH, 2020.

(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]